# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

NORTH SAILS GROUP, LLC, a Delaware limited
liability company,

)
)

*Plaintiff*

)
)

v.

)

BOARDS & MORE, INC., a Washington corporation,

)
)

*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Apr 01, 2020

SEAN F. McAVOY, CLERK

Civil Action No.   1:19-CV-03112-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Defendant's Motion for Judgment on the Pleadings (ECF No. 57) is GRANTED.
Plaintiff's Motion for Entry of Rule 54(b) Final Judgment on Claims Against Boards & More GmbH (ECF No. 58) is
DENIED, as moot.
Judgment is entered in favor of Defendant.

This action was *(check one)*:

❒  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❒  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Stanley A. Bastian _____   on a motion for
Judgment on the Pleadings (ECF No. 57).

Date:   04/01/2020 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Allison Yates _____

*(By) Deputy Clerk*

Allison Yates _____