John Ray Nelson, WSBA #16393
Foster Garvey P.C.
618 W. Riverside Ave., Suite 300
Spokane, WA 99201-5102
Telephone: (509) 777-1600
Email: john.nelson@foster.com

*Local Counsel for Defendants*

Christopher Gaspar, *Pro Hac Vice*
Milbank LLP
55 Hudson Yards
New York, NY 10001-2163
Telephone: (212) 530-5000
Email: cgaspar@milbank.com

Javier Ramos, *Pro Hac Vice*
Milbank LLP
1850 K St., Ste. 1100
Washington, D.C.,20006
Telephone: (202) 835-7507
Email: jramos@milbank.com

*Lead Counsel for Defendants*

The Honorable Stanley A. Bastian

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

| | |
|---|---|
| NORTH SAILS GROUP, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BOARDS & MORE, INC., a Washington corporation,<br><br>Defendant. | No. 1:19-cv-03112-SAB<br><br>**DECLARATION OF CHRISTOPHER J. GASPAR IN SUPPORT OF DEFENDANT'S MOTION FOR ATTORNEYS' FEES** |

DECLARATION OF CHRISTOPHER J. GASPAR - 1
Case No. 1:19-cv-03112-SAB
53510466.1

FOSTER GARVEY P.C.
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON 99201-5102
PHONE (509) 777-1600  FAX (509) 777-1616

I, CHRISTOPHER J. GASPAR, declares as follows:

1. I am over the age of 18. I am the lead attorney of record for Defendants Boards and More GmbH ("B&M Austria") and Boards & More, Inc. ("B&M USA") in the above-captioned case. I have personal knowledge of the facts contained in this declaration and if asked to testify regarding the same would and could competently do so.

2. I submit this Declaration in support of B&M Austria's Motion for Attorney Fees under Federal Rule of Civil Procedure 54(d).

*Representations of B&M Austria*

3. This is the third civil action NSG filed against B&M Austria since late 2017 and the third action dismissed in B&M Austria's favor. The actions are briefly summarized as follows:

> a. First Action: On January 26, 2018, NSG sued B&M Austria and EMERAM Capital Partners GmbH ("EMERAM") for breach of contract in the U.S. District Court for the District of Connecticut. (Case No. 3:18-cv-00160-CSH). NSG also filed an "emergency motion" for leave to serve B&M Austria and EMERAM by alternative means and a preliminary injunction motion to force B&M

DECLARATION OF CHRISTOPHER J. GASPAR - 2
Case No. 1:19-cv-03112-SAB

FOSTER GARVEY P.C.
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON 99201-5102
PHONE (509) 777-1600  FAX (509) 777-1616

53510466.1

Austria to continue creating kiteboarding and windsurfing products under NORTH brand names. On February 6, 2018, the Connecticut District Court ordered NSG to promptly submit affidavits so that the court could assess whether it had jurisdiction over the case. On February 8, 2018, NSG dismissed the Connecticut district court action.

b. <u>Second Action</u>: On February 8, 2018, filed suit in Connecticut state Superior Court (Hartford). (Case No. HHD-CV-18-6092412-S). In its complaint, NSG alleged that B&M Austria and EMERAM violated certain contractual obligations relating to ongoing sales of products bearing NORTH trademarks as a result of B&M Austria's then-intended launch of the Duotone brand. NSG, again, filed an "emergency" motion to serve B&M Austria and EMERAM by alternative means. B&M Austria and EMERAM moved to dismiss NSG's complaint in its entirety for lack of personal jurisdiction and insufficient service of process. On May 1, 2018, the Connecticut Superior Court (Judge Moukawsher) heard argument on B&M Austria and EMERAM's motion to dismiss. On May 23, 2018, the Superior Court granted B&M Austria and EMERAM's motion. On

DECLARATION OF CHRISTOPHER J. GASPAR - 3
Case No. 1:19-cv-03112-SAB

FOSTER GARVEY P.C.
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON 99201-5102
PHONE (509) 777-1600  FAX (509) 777-1616

53510466.1

June 28, 2018, NSG appealed dismissal of the action against B&M to the Connecticut Appellate Court. (Case No. A.C. 41822).

    c. <u>Third Action</u>: On May 24, 2019, NSG filed this action against B&M Austria and B&M USA in the Eastern District of Washington. On September 4, 2019, Defendants filed three motions: (i) a Motion to Dismiss B&M Austria for Lack of Personal Jurisdiction (ECF 14); (ii) a Motion to Dismiss Defendants for Failure to State a Claim (ECF 13); and (iii) a Motion to Stay the Proceedings in view of NSG's previously-filed action in Connecticut state court against B&M Austria and EMERAM Capital Partners GmbH (ECF 15). On November 18, 2019, B&M Austria was dismissed from the case for lack of personal jurisdiction. NSG filed a motion for reconsideration which was denied on January 14, 2020. Final judgment was entered in favor of Defendants on April 1, 2020 (ECF 73).

4. Counsel from Milbank LLP, including myself, Javier J. Ramos (senior associate, admitted in this action *pro hac vice*), and other associates, spent at least 890 billed hours representing Defendants in this action.[1]

---

[1] Copies of Milbank LLP's invoices are not included herewith due to their sensitive and privileged contents and the limited scope of the instant Rule 54(d) Fee Motion.

DECLARATION OF CHRISTOPHER J. GASPAR - 4

Case No. 1:19-cv-03112-SAB

53510466.1

**FOSTER GARVEY P.C.**
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON 99201-5102
PHONE (509) 777-1600 FAX (509) 777-1616

5. I am an attorney licensed and admitted to practice in New York, the District of Columbia, and Missouri, as well as before the U.S. Supreme Court, the U.S. Patent and Trademark Office, the U.S. Courts of Appeals for the Federal and Fifth Circuits, and the U.S. District Courts for the Southern and Eastern Districts of New York, District of Colorado, and Western District of Missouri. I have practiced law for over 23 years and I have been a partner in Milbank LLP's Litigation & Arbitration Group since 2011. My practice primarily focuses on high stakes intellectual property-related litigation and transactional work. I am a member of the Intellectual Property Owners Association, the American Intellectual Property Law Association, and the New York Intellectual Property Law Association. I am nationally ranked for intellectual property in Euromoney's *Benchmark Litigation 2020* guide. I also have repeatedly been ranked in the Silver Band as a leading practitioner by *IAM1000*, have been recognized by *Legal 500* in the area of Patent Litigation (Full Coverage), and have been ranked as a "Patent Star" in the *Managing Intellectual Property* IP Star rankings each year since 2015. In addition to Defendants here, I have represented many clients as lead litigation and trial counsel, including, for example, Apple, Auven Therapeutics, Bayer

---

Should the Court desire to review Milbank LLP's actual invoices, Defendants reserve the right to submit them to the Court *in camera* or under seal.

DECLARATION OF CHRISTOPHER J. GASPAR - 5

Case No. 1:19-cv-03112-SAB

FOSTER GARVEY P.C.
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON 99201-5102
PHONE (509) 777-1600 FAX (509) 777-1616

53510466.1

CropScience, Canon, EB Research Partnership, EMERAM Capital Partners, Fujitsu Network Communications, Google, Microsoft, and Take-Two Interactive. I have achieved notable results for my clients including, e.g., securing an award in excess of $456 million (the then-largest known arbitration award involving patents) on behalf of Bayer CropScience in a dispute involving multi-billion-dollar genetic engineering technology.

6. My standard hourly rates are representative of a New York-based, intellectual property-focused, highly experienced attorney and a partner at Milbank LLP. My standard hourly rates, and the discounted hourly rates billed to and paid by Defendants in this action, are higher than those of local counsel, John R. Nelson, and are not being sought as the lodestar rate, adjusted or otherwise, in connection with the Motion for Fees. Instead, Defendants are requesting a reasonable hourly rate commensurate with local counsel's standard rate of $680 to be applied to my time accrued in Defending B&M Austria from being haled into this Court.

7. Attached as Exhibit A is a reproduction of entries from my billing records in this matter that are relevant to the Motion for Fees. The entries set forth true and accurate descriptions of work done to prepare Defendants' defense which specifically relate to B&M Austria's jurisdictional defense, including

DECLARATION OF CHRISTOPHER J. GASPAR - 6

Case No. 1:19-cv-03112-SAB

apportionment of time recoverable for any particular time entry based on the limited nature of B&M Austria's Fee Motion.

8. As noted in Exhibit A, I spent at least 128 hours defending B&M Austria from NSG's improper invocation of personal jurisdiction in Washington. My time can reasonably be organized into the following categories: (i) reviewing NSG's complaint, identifying personal jurisdiction defenses, and drafting Motion to Dismiss for Lack of Personal Jurisdiction (47.05 hours); (ii) reviewing NSG's opposition to the Motion to Dismiss for Lack of Personal Jurisdiction and drafting reply in view of the same (30.85 hours); (iii) reviewing and responding to NSG's two unauthorized "supplemental" briefs (9.3 hours); (iv) preparing for and participating in the in-person hearing in Yakima, Washington (26.9 hours); (v) reviewing NSG's motion for reconsideration and determining not to file a response to the same (0.4 hours); and (vi) reviewing NSG's Motion for a Rule 54(b) Certification and drafting a response to the same (13.5).

9. I have reviewed the time detail, as reflected in Exhibit A to this Declaration, on an ongoing basis and again in connection with this Motion. It is my opinion that all of the work performed in this case was reasonable and necessary in order to successfully represent B&M Austria in this action. In my

DECLARATION OF CHRISTOPHER J. GASPAR - 7

Case No. 1:19-cv-03112-SAB

53510466.1

review of the hours expended, the hours appear to be reasonable and necessary and were integral in presenting a successful defense for B&M Austria.

10. When applying local counsel's standard hourly rate of $680 per hour, I believe that the total amount of fees charged $87,040 is reasonable for a case of this nature and the results achieved. Plaintiff's efforts to subject B&M Austria to the jurisdiction of Washington courts was not supported by the law and ultimately failed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of April 2020 at New York, New York.

*s/ Christopher J. Gaspar*
Christopher J. Gaspar

DECLARATION OF CHRISTOPHER J. GASPAR - 8
Case No. 1:19-cv-03112-SAB

FOSTER GARVEY P.C.
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON 99201-5102
PHONE (509) 777-1600  FAX (509) 777-1616

53510466.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2020, I electronically filed the foregoing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED at Spokane, Washington, this 29th day of April 2020.

*s/Julia Robertson*
Julia Robertson
Legal Assistant