# EXHIBIT A

Exhibit A - Declaration of Christopher J. Gaspar

| Work Date | Last Name | First Name | Hours Sought | Hours Billed | Narrative |
|---|---|---|---|---|---|
| 5/29/2019 | Gaspar | Christopher J. | 1 | 2 | Researched defenses to new lawsuit. |
| 5/30/2019 | Gaspar | Christopher J. | 3.5 | 7 | Reviewed new complaint; developed defense to same; and reported next steps. |
| 5/31/2019 | Gaspar | Christopher J. | 1.25 | 2.5 | Developed defenses and motion to dismiss new NSG lawsuit. |
| 6/2/2019 | Gaspar | Christopher J. | 0.5 | 1 | Drafted email to NSG regarding next steps in new litigation (Washtington). |
| 6/3/2019 | Gaspar | Christopher J. | 1.5 | 3 | Drafted email to B&M regarding new case and defenses to same; outlined motion to dismiss; prepared for call with EMERAM and B&M regarding same. |
| 6/4/2019 | Gaspar | Christopher J. | 3.25 | 6.5 | Prepared for and participated in call with NSG's new counsel; reported same; researched potential counterclaims; outlined additional arguments in support of motion to dismiss. |
| 6/5/2019 | Gaspar | Christopher J. | 1.4 | 2.8 | Continued outlining motion to dismiss. |
| 6/6/2019 | Gaspar | Christopher J. | 2 | 4 | Continued outlining motion to dismiss new case. |
| 6/7/2019 | Gaspar | Christopher J. | 2.4 | 4.8 | Reviewed additional materials in support of motion to dismiss; reviewed materials in support of potential motion [redacted]. |
| 6/11/2019 | Gaspar | Christopher J. | 1 | 1.5 | Outlined motion to dismiss and revised motion to stay Washington case. |
| 6/11/2019 | Gaspar | Christopher J. | 0.5 | 1 | Reviewed and reported new correspondence from NSG's counsel in Washington case and outlined next steps in response to same. |
| 6/18/2019 | Gaspar | Christopher J. | 0.15 | 0.3 | Revised outline for motion to dismiss new NSG suit in Washington. |
| 6/19/2019 | Gaspar | Christopher J. | 4.5 | 4.8 | Reported extension motion and next steps with settlement and developed additional arguments for same; reviewed agreements and outlined personal jurisdiction arguments for dismissal; drafted email to NSG to rebut preliminary injunction motion threat; checked referrals for local counsel. |
| 6/20/2019 | Gaspar | Christopher J. | 0.75 | 1.5 | Continued outlining motion to dismiss new complaint in Washington. |
| 6/24/2019 | Gaspar | Christopher J. | 0.25 | 0.5 | Continued developing arguments for motion to dismiss. |
| 7/1/2019 | Gaspar | Christopher J. | 1.25 | 2.5 | Corresponded with clients regarding NSG letter; continued outlining motion to dismiss Washington complaint. |
| 7/2/2019 | Gaspar | Christopher J. | 1.1 | 2.3 | Reviewed recent correspondence from NSG; drafted response to same; reviewed additional research [redacted]. |
| 7/9/2019 | Gaspar | Christopher J. | 1.4 | 2.8 | Researched and developed motion to dismiss Washington case. |
| 7/16/2019 | Gaspar | Christopher J. | 1 | 2 | Developed additional arguments to dismiss Washington complaint. |
| 7/27/2019 | Gaspar | Christopher J. | 2 | 4 | Continued drafting motion to dismiss. |
| 7/31/2019 | Gaspar | Christopher J. | 0.75 | 1.5 | Revised letter to NSG; revised draft motion to stay and dismiss Washington complaint. |
| 8/6/2019 | Gaspar | Christopher J. | 0.15 | 0.3 | Reviewed research in support of motion to dismiss. |
| 8/16/2019 | Gaspar | Christopher J. | 1.65 | 3.3 | Revised motion to stay or dismiss. |
| 8/21/2019 | Gaspar | Christopher J. | 1 | 1.8 | Revised motion to dismiss. |
| 8/22/2019 | Gaspar | Christopher J. | 2.65 | 5.3 | Revised motion to dismiss and reviewed legal research in support of same. |
| 8/27/2019 | Gaspar | Christopher J. | 1.3 | 1.3 | Prepared for and participated in call with local counsel; revised motion to dismiss B&M due to lack of personal jurisdiction. |
| 8/28/2019 | Gaspar | Christopher J. | 2.3 | 2.3 | Revised motion to dismiss. |
| 8/29/2019 | Gaspar | Christopher J. | 2 | 4 | Call with J. Ramos regarding motions to dismiss and to stay; revised motions. |
| 8/31/2019 | Gaspar | Christopher J. | 1.3 | 1.3 | Revised motion to dismiss Washington suit for lack of personal jurisdiction. |
| 9/3/2019 | Gaspar | Christopher J. | 2.25 | 4.5 | Revised motions to dismiss Washington complaint and prepared for and participated in calls with local counsel regarding same. |
| 9/4/2019 | Gaspar | Christopher J. | 1 | 1 | Revised motion to dismiss B&M for lack of personal jurisdiction and corresponded with local counsel regarding same. |
| 9/12/2019 | Gaspar | Christopher J. | 0.8 | 0.8 | Prepared for hearing on motions to stay and dismiss. |
| 9/20/2019 | Gaspar | Christopher J. | 2.15 | 4.3 | Outlined reply in support of motion to dismiss, in view of NSG's arguments in opposition to motion to stay. |
| 9/24/2019 | Gaspar | Christopher J. | 1.3 | 3 | Revised reply in support of motion to stay; corresponded with local counsel regarding same; outlined response to motion to dismiss (Rule 12) in view of NSG's opposition to stay motion. |
| 9/25/2019 | Gaspar | Christopher J. | 2.3 | 2.3 | Reviewed research and revised outline of reply in support of Motion to Dismiss B&M Austria for lack of personal jurisdiction. |
| 9/26/2019 | Gaspar | Christopher J. | 4.5 | 4.5 | Reported NSG's opposition briefs and next steps in view of same; Outlined response to NSG's opposition to B&M's personal jurisdiction motion. |
| 9/27/2019 | Gaspar | Christopher J. | 3 | 3 | Outlined reply brief in support of Motion to Dismiss due to lack of personal jurisdiction over B&M Austria. |
| 9/28/2019 | Gaspar | Christopher J. | 4 | 4 | Reviewed research and continued outlining reply in support of Rule 12 Motion to Dismiss. |
| 9/29/2019 | Gaspar | Christopher J. | 3 | 3 | Continued outlining reply in support of Rule 12 motion to dismiss. |

Exhibit A - Declaration of Christopher J. Gaspar

| Date | Last Name | First Name | Hours | Requested | Description |
|---|---|---|---|---|---|
| 10/1/2019 | Gaspar | Christopher J. | 2.8 | 2.8 | Revised draft reply brief in support of motion to dismiss due to lack of personal jurisdiction. |
| 10/2/2019 | Gaspar | Christopher J. | 1.3 | 1.3 | Revised draft brief in support of personal jurisdiction dismissal motion. |
| 10/6/2019 | Gaspar | Christopher J. | 0.3 | 0.3 | Revised draft reply in support of motion to dismiss due to lack of personal jurisdiction. |
| 10/7/2019 | Gaspar | Christopher J. | 3.8 | 3.8 | Revised draft reply in support of motion to dismiss for lack of personal jurisdiction. |
| 10/8/2019 | Gaspar | Christopher J. | 0.5 | 0.5 | Revised reply in support of motion to dismiss for lack of personal jurisdiction. |
| 10/8/2019 | Gaspar | Christopher J. | 1.9 | 3.8 | Revised reply in support of motion to dismiss. |
| 10/11/2019 | Gaspar | Christopher J. | 3 | 3 | Outlined response to NSG's supplemental opposition brief. |
| 10/15/2019 | Gaspar | Christopher J. | 2 | 2 | Revised sur-reply and motion for leave to respond to NSG's unauthorized extra brief. |
| 10/16/2019 | Gaspar | Christopher J. | 0.5 | 0.5 | Corresponded with local counsel regarding surreply and motion for leave. |
| 10/16/2019 | Gaspar | Christopher J. | 0.5 | 1 | Corresponded with clients regarding next steps and status update; prepared for oral arguments. |
| 10/29/2019 | Gaspar | Christopher J. | 0.5 | 0.5 | Reviewed and outlined response to NSG's second supplemental opposition brief. |
| 10/30/2019 | Gaspar | Christopher J. | 0.5 | 0.5 | Outlined reply to NSG's second supplemental opposition brief. |
| 10/31/2019 | Gaspar | Christopher J. | 0.8 | 0.8 | Prepared for and participated in call with M. Scarsi regarding oral arguments. |
| 11/8/2019 | Gaspar | Christopher J. | 2.8 | 2.8 | Revised reply to second supplemental opposition brief regarding personal jurisdiction and corresponded with local counsel regarding same. |
| 11/11/2019 | Gaspar | Christopher J. | 3.8 | 3.8 | Prepared for arguments in support of motions to dismiss and motion to stay. |
| 11/12/2019 | Gaspar | Christopher J. | 12 | 12 | Prepared for oral arguments and discovery of NSG, B&M, and EMERAM; travel for hearings. |
| 11/13/2019 | Gaspar | Christopher J. | 9 | 9 | Prepared for and participated in oral arguments and met with local counsel regarding next steps in view of same; travel for same. |
| 1/14/2020 | Gaspar | Christopher J. | 0.4 | 0.8 | Reviewed and reported Order denying motion for reconsideration and outlined next steps in view of same. |
| 1/23/2020 | Gaspar | Christopher J. | 1.5 | 1.5 | Began outlining response to NSG's request for appeal on dismissal of B&M GmbH and corresponded with local counsel regarding same. |
| 1/24/2020 | Gaspar | Christopher J. | 0.8 | 0.8 | Outlined additional responses to NSG's appeal plans. |
| 1/25/2020 | Gaspar | Christopher J. | 0.5 | 1 | Outlined motion to dismiss amended complaint; outlined next steps in view of NSG's stated intention to appeal dismissal of B&M GmbH. |
| 2/14/2020 | Gaspar | Christopher J. | 0.3 | 0.3 | Reviewed NSG's Rule 54(b) motion. |
| 2/19/2020 | Gaspar | Christopher J. | 0.3 | 0.3 | Reviewed additional research concerning Rule 54(b) procedures. |
| 2/19/2020 | Gaspar | Christopher J. | 0.3 | 0.3 | Reviewed additional research concerning Rule 54(b) procedures. |
| 2/20/2020 | Gaspar | Christopher J. | 0.3 | 0.3 | Reviewed research regarding Rule 54 procedures. |
| 2/24/2020 | Gaspar | Christopher J. | 3 | 3 | Outlined post-appeal strategy and response to NSG's Rule 54 motion. |
| 2/26/2020 | Gaspar | Christopher J. | 0.5 | 0.5 | Outlined response to Rule 54 motion. |
| 2/27/2020 | Gaspar | Christopher J. | 0.5 | 0.5 | Outlined response to Rule 54 motion. |
| 3/1/2020 | Gaspar | Christopher J. | 2 | 2 | Outlined opposition to Rule 54 motion and prepared for oral argument on motion for judgment on the pleadings. |
| 3/10/2020 | Gaspar | Christopher J. | 1 | 1 | Revised opposition to NSG's Rule 54 motion. |
| 3/11/2020 | Gaspar | Christopher J. | 1 | 1 | Revised opposition to NSG's motion for an interlocutory appeal of dismissal of B&M GmbH. |
| 3/19/2020 | Gaspar | Christopher J. | 1.5 | 1.5 | Reviewed court orders concerning hearings, etc. in view of COVID; reviewed NSG's reply in support of motion for interlocutory appeal and prepared for oral argument concerning same. |

|  | Requested |
|---|---|
| **TOTAL HOURS** | **128** |