AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NORTH SAILS GROUP, LLC, a Delaware limited
liability company,

*Plaintiff*

v.

BOARDS & MORE, INC., a Washington corporation,

)
)
)
)
)
)

Jun 23, 2020

SEAN F. McAVOY, CLERK

Civil Action No.   1:19-CV-03112-SAB

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Defendant Boards & More GmbH's Motion for Judgment on the Pleadings (ECF No. 78) is GRANTED.
Judgment is entered in favor of Defendant Boards & More, GmbH and against Plaintiff in the amount of $94,350.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   STANLEY A. BASTIAN _____ on a motion for
Judgment on the Pleadings (ECF No. 78)

Date:  06/23/2020 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Allison Yates _____
*(By) Deputy Clerk*

Allison Yates _____